AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gould, Ronald M. | U.S. Ct. of Appeals, 9th Cir. | 4/30/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

William K. Nakamura U.S. Courthouse
1010 Fifth Avenue, Suite 940
Seattle, Washington 98104-1130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board | Chief Seattle Council, Boy Scouts of America |
| 2. | Advisory Council | Ninth Judicial Circuit Historical Society |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 4/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gould, Ronald M.** | 4/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 4/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab Broker. Acct. | | | | | | | | | |
| 2. Schwab Cash & Money Market | A | Interest | J | T | | | | | |
| 3. Vanguard Long-Term Bond Index Fund | B | Int./Div. | K | T | | | | | |
| 4. Vanguard Intermediate Term Bond Index Fund | B | Int./Div. | K | T | | | | | |
| 5. Vanguard GNMA Fund | A | Int./Div. | K | T | | | | | |
| 6. Johnson Controls Inc., common stock | B | Dividend | L | T | | | | | |
| 7. American Century Zero | A | Int./Div. | J | T | | | | | |
| 8. Loomis Sayles Global Bd | A | Int./Div. | J | T | | | | | |
| 9. Pimco Foreign Bond Fund | A | Int./Div. | J | T | | | | | |
| 10. Schwab Inflation Protected Fund | A | Int./Div. | J | T | | | | | |
| 11. Schwab Premier Income Fd | A | Int./Div. | J | T | | | | | |
| 12. Schwab Total Bd Mkt Fund | B | Int./Div. | L | T | | | | | |
| 13. Wasatch Hoisington US Treasury Fund | A | Int./Div. | J | T | | | | | |
| 14. Buffalo Science and Tech Fund | A | Int./Div. | J | T | | | | | |
| 15. Schwab Fundamental Emerging Mkt Index | C | Int./Div. | L | T | | | | | |
| 16. Schwab Fundamental Intl Large Co Index | A | Int./Div. | J | T | | | | | |
| 17. Schwab Fundamental Intl Small Mid Index | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 4/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab Global Real Estate Fd | A | Int./Div. | J | T | | | | | |
| 19. Schwab Intl Index Fund | A | Int./Div. | J | T | | | | | |
| 20. Schwab S&P 500 Index Fund | B | Int./Div. | L | T | | | | | |
| 21. Schwab Small Cap Index Fund | B | Int./Div. | K | T | | | | | |
| 22. Schwab Total Stock Mkt Index | A | Int./Div. | K | T | | | | | |
| 23. Schwab 1000 Index Fund | D | Int./Div. | L | T | | | | | |
| 24. Aston River Road Dividend All Cap Value | A | Int./Div. | J | T | Buy | 03/15/11 | J | | |
| 25. Matthews Asia Dividend Fund | A | Int./Div. | J | T | Buy | 03/15/11 | J | | |
| 26. American Century Equity Income Inv Cl | A | Int./Div. | J | T | Buy | 03/15/11 | J | | |
| 27. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 28. Vanguard/IRA Account ▓▓▓ | | | | | | | | | |
| 29. Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 30. Vanguard Primecap Fund Admiral Shares | E | Dividend | P1 | T | Sold (part) | 07/15/11 | L | | |
| 31. Vanguard Short-Term Bond Index Fund Admiral Shares | C | Dividend | M | T | | | | | |
| 32. Vanguard Short-Term Investment-Grade Fund Admiral Shares | C | Dividend | M | T | | | | | |
| 33. Vanguard Capital Opportunity Fund Admiral Shares | E | Dividend | O | T | Sold (part) | 07/14/11 | L | | |
| 34. Vanguard High-Yield Corporate Fund Admiral Shares | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 4/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GNMA Fund Admiral Shares | D | Dividend | M | T | | | | | |
| 36. Intermediate-Term Invest-Gr Admiral Shares | C | Dividend | L | T | | | | | |
| 37. Long-Term Invest-Gr Admiral Shares | E | Dividend | N | T | | | | | |
| 38. Developed Markets Index Fund Investor Shares | | None | | | Closed | 12/07/11 | K | | |
| 39. Developed Markets Index Fund Admiral Shares | B | Dividend | K | T | Open | 12/07/11 | K | | |
| 40. Emerging Markets Stock Index Fund Admiral Shares | B | Dividend | L | T | | | | | |
| 41. European Stock Index Fund Admiral Shares | | None | | | Sold | 08/12/11 | J | | |
| 42. Global Equity Fund | A | Dividend | K | T | | | | | |
| 43. International Growth Fund Investor Shares | A | Dividend | K | T | | | | | |
| 44. Pacific Stock Index Fund Admiral Shares | B | Dividend | K | T | | | | | |
| 45. Energy Fund Investor Shares | B | Dividend | K | T | Buy | 08/01/11 | K | | |
| 46. Health Care Fund Investor Shares | B | Dividend | K | T | Buy | 08/01/11 | K | | |
| 47. High Dividend Yield Index Investor Shares | A | Dividend | K | T | Buy | 08/15/11 | K | | |
| 48. Intermediate Term Treasury Investor Shares | B | Dividend | K | T | Buy | 08/01/11 | K | | |
| 49. Intermediate Term Treasury Investor Shares | B | Dividend | K | T | Buy (add'l) | 08/12/11 | J | | |
| 50. Long-Term Treasury Investor Shares | B | Dividend | K | T | Buy | 08/01/11 | K | | |
| 51. Long-Term Treasury Investor Shares | B | Dividend | K | T | Buy (add'l) | 08/12/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 4/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Short-Term Treasury Investor Shares | A | Dividend | K | T | Buy | 08/01/11 | K | | |
| 53. Short-Term Treasury Investor Shares | A | Dividend | K | T | Buy (add'l) | 08/12/11 | J | | |
| 54. Total World Stock Index Investor Shares | A | Dividend | K | T | Buy | 08/01/11 | K | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Please note that the entries on Part VII, lines 1 and 28 are for names of accounts, in the nature of a heading for the assets that follow that are within this account. These lines 1 and 28 are not designating assets. Each asset in the account designated in lines 1 and 28 is listed separately in Part VII.

Part VII, lines 38 and 39 reflect that the Investor Shares of the specified fund were automatically converted to Admiral Shares per Vanguard policy.

Part VII, lines 38 and 39 show the Investor Share funds that were converted to Admiral Shares. In connection with Developed Markets Index Fund, all dividends were paid after the conversion to Admiral Shares, so I don't show any income on the Investor Shares, line 38.

Part VII, line 41, European Stock Index Fund Admiral Shares had no income in the period before it was sold, so none is shown.

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 4/30/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald M. Gould**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544